AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

Francisco Rivera
110 Westford Street
Lowell, Massachusetts

## WARRANT FOR ARREST

CASE NUMBER: 03H-1147-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Francisco Rivera_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

JUDITH G. DEIN
Name of Issuing Officer

Judith Gail Dein
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

10/23/03   Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.