AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

__Francisco Rivera__

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: __03m-1147-JCB__

I, __Francisco Rivera__, charged in a ☒ complaint ☐ petition pending in this District __Massachusetts__

in violation of __18__, U.S.C., __922(g)(1)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

__12/17/03__
Date

__Francisco Rivera__
Defendant

__Owen Lynch__
Counsel for Defendant