UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03M-1147-JGD

UNITED STATES OF AMERICA

v.

FRANCISCO RIVERA

## MEMORANDUM AND ORDER OF DETENTION

December 17, 2003

DEIN, M.J.

The defendant is charged in a single count criminal complaint with possession by a convicted felon of a firearm which traveled in interstate commerce in violation of 18 U.S.C. § 922(g)(1). An initial appearance was held on December 5, 2003, at which time an order was entered appointing the Federal Defender Office of the District of Massachusetts as counsel for defendant. A detention hearing was scheduled for December 10, 2003, at which time the defendant was represented by counsel. At the defendant's request, the hearing was continued to December 17, 2003, at which time the defendant was represented by counsel. At the hearing the defendant, through counsel, waived his right to a detention hearing at this time, and consented to an order of detention.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1)	That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)	That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)	On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing for the purpose of considering conditions of release, regardless whether there have been changed circumstances.

> / s / Judith Gail Dein
> Judith Gail Dein
> United States Magistrate Judge