**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **CRIMINAL NO.** 03CR 10389-PBS |
| **1) DAVID PEREZ** | ) | |
| **2) FRANCISCO RIVERA** | ) | **VIOLATION:** |
| **Defendants.** | ) | **Cts. 1 & 2: 18 U.S.C. § 922 (g)(1)** |
| | ) | **Felon in Possession of** |
| | ) | **a Firearm** |
| | ) | **Ct. 3: 18 U.S.C. § 922(k)** |
| | ) | **Possession of a Firearm with** |
| | ) | **Obliterated Serial Number** |

## INDICTMENT

**COUNT ONE: (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm)**

The Grand Jury charges that:

On or about February 14, 2001, at Lowell, in the District of Massachusetts,

**DAVID PEREZ**

the defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce firearms, to wit:

1) a Sundance Industries .25 caliber pistol, serial number 048288; and

2) a Glock model 23, .40 caliber pistol, with an obliterated serial number.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO: (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm)**

The Grand Jury further charges that:

On or about February 14, 2001, at Lowell, in the District of Massachusetts,

**FRANCISCO RIVERA**

the defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce firearms, to wit:

1) a Sundance Industries .25 caliber pistol, serial number 048288; and

2) a Glock model 23, .40 caliber pistol, with an obliterated serial number.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE: (18 U.S.C. § 922(g)(1) -- Possession of a Firearm with an Obliterated Serial Number)**

The Grand Jury further charges that:

On or about February 14, 2001, at Lowell, in the District of Massachusetts,

**FRANCISCO RIVERA**

the defendant herein, did knowingly possess a firearm, to wit, a Glock model 23, .40 caliber pistol, from which the manufacturer's serial number had been removed and obliterated, and which firearm had been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(k).

A TRUE BILL

[signature] 12/17/03

FOREPERSON OF THE GRAND JURY

[signature]

SANDRA S. BOWER
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS December 17, 2003 @ 3:53 PM

Returned into the District Court by the Grand Jurors and filed.

[signature]

Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** ATF

**City** Lowell, MA **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number MJ-03-M-243-JLA
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name David Perez Juvenile ☐ Yes ☒ No

Alias Name Juan Gonzalez

Address 720 S. Dobson Road, Mesa, Arizona 85202

Birth date: xx/xx/73 SS#: xxx-xx-8017 Sex: M Race: Hispanic Nationality: US

**Defense Counsel if known:** **John W. Laymon** **Address:** **40 Court**
**Boston, MA 02108**

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** **Sandra S. Bower** **Bar Number if applicable** **0787700 (Florida)**

**Interpreter:** ☐ **Yes** ☒ **No** **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** **November 18, 2003 (in Arizona)**

☒ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 12-17-03 **Signature of AUSA:** Sandra S. Bower

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): ____________________

Name of Defendant David Perez

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in possession of a firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: ____________________

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** ATF

**City** Lowell, MA **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. ________ Case No. ________
Same Defendant ________ New Defendant ________
Magistrate Judge Case Number 03M-1147-JGD
Search Warrant Case Number ________
R 20/R 40 from District of ________

**Defendant Information:**

Defendant Name Francisco Rivera Juvenile ☐ Yes ☒ No

Alias Name ________

Address 110 Westford Street, Lowell, MA

Birth date: xx/xx/78 SS#: xxx-xx-7711 Sex: m Race: Hispanic Nationality: US

**Defense Counsel if known:** **Owen Walker** **Address:** **Federal Public Defender**
**408 Atlantic Ave. Boston MA 02110**

**Bar Number:** ________

**U.S. Attorney Information:**

**AUSA** **Sandra S. Bower** **Bar Number if applicable** **0787700 (Florida)**

**Interpreter:** ☐ **Yes** ☒ **No** **List language and/or dialect:** ________

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** **December 5, 2003**

☒ **Already in Federal Custody as** ________ **in** ________.
☐ **Already in State Custody** ________ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ________ **on** ________

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ________ ☐ **Misdemeanor** ________ ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 12-17-03 **Signature of AUSA:** Sandra S Bower

**District Court Case Number (To be filled in by deputy clerk):** ______

**Name of Defendant** Francisco Rivera

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in possession of a firearm | 2 |
| Set 2 | 18 USC 922(k) | Poss. of firearm w/ obliterated serial number | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______