UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 03-CR-10389-PBS |
| | ) | |
| **FRANCISCO RIVERA** | ) | |

ASSENTED TO MOTION TO REPORT CASE
TO DISTRICT COURT FOR CHANGE OF PLEA AND
TO CANCEL INITIAL STATUS CONFERENCE

The United States respectfully files this assented to motion to report this case to the district court for change of plea and to cancel the initial status conference presently scheduled for 2 p.m. Tuesday, March 16, 2004. The government states the following in support of this motion:

1) Discovery is complete.

2) Defense counsel has advised the United States that the defendant intends to plead guilty to the charges against him.

3) There are no matters this Court need address.

4) Owen Walker, Esq., counsel for defendant Rivera, supports the relief requested by this motion.

WHEREFORE, the United States requests the Court to report this

case to the district court for change of plea and to cancel the initial status conference currently scheduled for March 16, 2004.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:   /s/ Sandra S. Bower
       SANDRA S. BOWER
       Assistant U. S. Attorney
       1 Courthouse Way, Suite 9200
       Boston, MA 02210