UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CRIMINAL NO. 03-10389-PBS |
| | ) |
| FRANCISCO RIVERA | ) |

### MOTION FOR PRESENTENCE REPORT TO BE COMPLETED IN ADVANCE OF CHANGE OF PLEA

Defendant Francisco Rivera moves to have his presentence report completed in advance of his change of plea. Although he definitely intends to plead guilty, he would, before doing so, like to know the Probation Office's findings as to the guideline sentence he faces.

FRANCISCO RIVERA
By his attorney,

Owen S. Walker
  B.B.O. #513040
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Owen S. Walker, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Sandra S. Bower by delivery on April 2, 2004.

Owen S. Walker