UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  03-10389-PBS

v.

FRANCISCO RIVERA


## NOTICE OF RESCHEDULED SENTENCING


SARIS, U.S.D.J.                                                                                    June 3, 2004


        The Sentencing previously scheduled for July 14, 2004, has been **rescheduled** to **July 21, 2004, at 3:00 p.m.**




                                                                        By the Court,



                                                                          /s/ Robert C. Alba
                                                                        Deputy Clerk



Copies to:  All Counsel




resched.ntc