# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

|  |  |
|---|---|
| V. | CRIMINAL |
|  | CASE NO. 03-CR-10389-PBS |
| FRANCISCO RIVERA | |
| Defendant | |

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of  MARCH 23, 2006  to represent said defendant in this cause until further order of the Court.

SARAH A. THORNTON
CLERK OF COURT

By:   /S/ Jarrett Lovett
Deputy Clerk

DATE: 3/23/06

(FPD Appointment.wpd - 3/7/2005)