➲AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

FRANCISCO RIVERA

**WARRANT FOR ARREST**

Case Number:   03-CR-10389-PBS

FILED
CLERKS OFFICE
2006 MAR 29 A 11: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **FRANCISCO RIVERA** _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

Violation of Conditions of Supervised Release

in violation of _____ 18 _____ United States Code, Section(s) _____ 3606 _____

Patti B. Saris, U.S.D.J.   /by Robert C. Alba
Name of Issuing Officer

[signature: Robert C. Alba]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

February 15, 2006, at Boston, Massachusetts
Date and Location

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant SELF-SURRENDER
AT US COURTHOUSE, BOSTON MA

| DATE RECEIVED 3-16-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-23-06 | A. Cauder, DUSM | [signature] |