UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FRANCISCO RIVERA ) | CRIMINAL NO. 03-10389-PBS |

DEFENDANT'S WAIVER OF PRELIMINARY
EXAMINATION AND AGREEMENT TO CUSTODY

Defendant Francisco Rivera, by his counsel, being mindful of his rights, hereby waives his right to a preliminary hearing under Fed. R. Crim. P. 32.1(b)(1), and agrees to entry of an order of detention pending his final revocation hearing.

```
                              FRANCISCO RIVERA
                              By his attorney,

                              /s/ Charles P. McGinty

                              Charles P. McGinty
                                B.B.O. #333480
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 16, 2007.

```
                              /s/ Charles P. McGinty

                              Charles P. McGinty
```