442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

FRANCISCO RIVERA

FILED IN CLERK'S OFFICE

2007 FEB 21 A 9:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

**WARRANT FOR ARREST**

Case Number: 03-CR-10389-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **FRANCISCO RIVERA** _____
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  X Violation    ☐ Probation Violation Petition

charging him or her    (brief description of offense)

Violation of Conditions of Supervised Release

in violation of _____ 18 _____ United States Code, Section(s) _____ 3606 _____

| Patti B. Saris, U.S.D.J.    by Robert C. Alba | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | July 7, 2006, at Boston, Massachusetts |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____  by _____
                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____
at Lowell District Court  Lowell, MA

| DATE RECEIVED 07/07/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/15/2007 | Michael D. Hughes  DUSM | *(signature)* Michael D. H. |