AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Francisco Rivera | **WAIVER OF PRELIMINARY<br>EXAMINATION OR HEARING**<br>(Rule 5 or 32.1, Fed. R. Crim. P.)<br><br>CASE NUMBER: 03cr10389-PBS |

I, _____, charged in a ☐ complaint ☐ petition

pending in this District _____

in violation of ___Supervised Release___, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

_____
*Defendant*

1/18/08
_____
Date

Catherine K. Byrne
_____
*Counsel for Defendant*