AO 4. (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FILED
IN CLERK'S OFFICE

UNITED STATES OF AMERICA

2008 JAN 25 P 2: 29

**WARRANT FOR ARREST**

V.

U.S. DISTRICT COURT
DISTRICT OF MASS.

FRANCISCO RIVERA

Case Number: 03-CR-10389-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __FRANCISCO RIVERA__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  X Violation    ☐ Probation Violation Petition

charging him or her    (brief description of offense)

Violation of Conditions of Supervised Release

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2008 JAN 10 P 12: 23

in violation of ___18___ United States Code, Section(s) ___3606___

Patti B. Saris, U.S.D.J.    by /s/ Robert C. Alba         Deputy Clerk
Name of Issuing Officer                                   Title of Issuing Officer

[signature]                                               January 10, 2008, at Boston, Massachusetts
Signature of Issuing Officer                              Date and Location

Bail fixed at $ _____ by _____
                                             Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED<br>01-10-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>01-18-07 | Kevin Neal, Deputy U.S. Marshal | [signature] |